# JUDGMENT IN A CIVIL CASE

CHUBB NATIONAL INSURANCE COMPANY, )
)
)
vs. ) Case No. 20-3288-CV-S-MDH
)
THE ESTATE OF ROBERT O'BLOCK, et al., )
)
)
)

\_\_\_ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X Decision by Court. This action came to determination before the Court. The issues have been determined and a decision has been rendered.

It is **THEREFORE ORDERED:**

Court DENIES Plaintiff's Motion for Summary Judgment (Order, Doc. 24)

Plaintiff Chubb National Insurance Company's Second Renewed Motion for Summary Judgment. (Doc. 41) is DENIED. (Order, Doc. 65)

Court GRANTS Plaintiff's First Renewed Motion for Summary Judgment. Court finds judgment in favor of Plaintiff that it owes no duty to defend or indemnify defendant the Estate of Robert O'Block for the underlying litigation based on the intentional acts exclusion. (Order, Doc. 66)

**IT IS SO ORDERED**.

March 8, 2022                          Paige Wymore-Wynn
Date                                         Clerk of Court

Entered on: March 3, 2022           s/Linda Howard
                                             (By) Deputy Clerk