_____

No: 22-1690
_____

Chubb National Insurance Company

Plaintiff - Appellee

v.

The Estate of Robert O'Block

Defendant

Charles Fleming

Defendant - Appellant

Darla Long

Defendant

_____

Appeal from U.S. District Court for the Western District of Missouri - Springfield
(6:20-cv-03288-MDH)
_____

**JUDGMENT**

The parties have filed a joint stipulation of dismissal. The appeal is hereby dismissed in accordance with the Federal Rules of Appellate Procedure 42(b).

The Court's mandate shall issue forthwith.

May 31, 2022

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
 /s/ Michael E. Gans